# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 20-4223

**Motion for:** Joint Motion for a Continuance of Oral Argument

Set forth below precise, complete statement of relief sought:

Continuance of oral argument scheduled for March 7, 2022.

**Caption [use short title]**

RiseBoro v. Sun America Housing Fund 682

**MOVING PARTY:** Sun America Housing Fund No. 682, SLP Housing I LLC
**OPPOSING PARTY:** RiseBoro Community Partnership, Inc., f/k/a Ridgewood Bushwick Senior Citizens Council, Inc.

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☑ Appellee/Respondent

**MOVING ATTORNEY:** Louis E. Dolan, Jr.
**OPPOSING ATTORNEY:** Brian J. Markowitz

[name of attorney, with firm, address, phone number and e-mail]

Nixon Peabody LLP
799 9th Street NW, Ste. 500, Washington, DC 20001
202-585-8818, ldolan@nixonpeabody.com

Goldstein Hall PLLC
80 Broad Street, Ste. 303, New York, NY 10004
646-768-4127, bmarkowitz@goldsteinHall.com

**Court- Judge/ Agency appealed from:** U.S. District Court for the Eastern District of New York (Dearie, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain): _____

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☑ Yes ☐ No   If yes, enter date: 3/7/2022

**Signature of Moving Attorney:**
/s/ Louis E. Dolan, Jr.   Date: 3/3/2022   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

RISEBORO COMMUNITY PARTNERSHIP INC., fka Ridgewood Bushwick Senior Citizens Council, Inc.,

                Plaintiff-Appellant,

    -v.-                                    Docket No. 20-4223

SUN AMERICA HOUSING FUND NO. 682, SLP HOUSING I, LLC,

                Defendants-Appellees,

420 STOCKHOLM STREET ASSOCIATES L.P.,

                Defendant.

**DECLARATION IN SUPPORT OF JOINT MOTION FOR A CONTINUANCE OF ORAL ARGUMENT**

Pursuant to 28 U.S.C. § 1746, Louis E. Dolan, Jr. declares as follows:

1. I am an attorney at law and a partner in the law firm of Nixon Peabody LLP, counsel of record to Defendants-Appellees SunAmerica Housing Fund 682, A Nevada Limited Partnership ("SunAmerica") and SLP Housing I LLC, a Nevada limited liability company ("SLP").

2. I submit this declaration in support of the joint motion of SunAmerica, SLP, and Plaintiff-Appellant RiseBoro Community Partnership, Inc. ("RiseBoro") for a continuance of oral argument in the above-captioned appeal scheduled for March 7, 2022.

3. I have conferred with counsel for RiseBoro, Brian Markowitz, and counsel for the amici curiae State of New York and City of New York, Ester Murdukhayeva, Senior Assistant Solicitor General in the Office of Letitia James, Attorney General of the State of New York. Mr. Markowitz indicated that his client joins in this motion. Ms. Murdukhayeva stated that the Attorney General consents to the relief requested herein, but as a non-party, does not formally join the motion.

4. SunAmerica, SLP, and RiseBoro respectfully request a continuance of oral argument because they are in the final stages of a business resolution reflective of the parties' shared commitment to affordable housing that would result in a settlement of this case.

5. SunAmerica and SLP will effectuate a business resolution that results in a complete and final resolution of this dispute.

6. The parties are in the process of finalizing this transaction and therefore respectfully request additional time to complete this resolution.

7. The parties intend to report to this Court on or before March 21, 2022 that a final settlement has been reached and that the appeal is dismissed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 3, 2022
     Washington, DC

                                                      */s/ Louis E. Dolan, Jr.*
                                                         Louis E. Dolan, Jr.